**Electronically Filed
Supreme Court
SCWC-29036
06-JUL-2015
07:50 AM**

SCWC-29036

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BENJAMIN PAUL KEKONA and TAMAE M. KEKONA,
Petitioners/Plaintiffs-Appellees,

vs.

MICHAEL BORNEMANN, M.D.,
Respondent/Defendant-Appellant,

and

PAZ FENG ABASTILLAS, also known as PAZ A. RICHTER;
ROBERT A. SMITH, personally; ROBERT A. SMITH, Attorney at Law,
a Law Corporation; STANDARD MANAGEMENT, INC.;
U.S. BANCORP MORTGAGE COMPANY, an Oregon company;
Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29036; CIV. NO. 93-3974)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Trader, in place of Acoba, J., recused)

Upon consideration of Petitioners/Plaintiffs-Appellees'
motion for reconsideration of judgment on appeal filed June 18,
2015 and the record herein,

IT IS HEREBY ORDERED the motion is granted.

DATED: Honolulu, Hawai'i, July 6, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rom A. Trader

